UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

------------------------------------------------------------------

**JOE HAND PROMOTIONS, INC.,**
as Broadcast Licensee of the **October 14, 2006**
**UFC 64 Event,**

<table>
<tr><td>Plaintiff,</td><td>**NOTICE OF INTENTION TO MOVE FOR DEFAULT**</td></tr>
<tr><td>- against -</td><td>Civil Action No. SA07-CA-419-XR-JWP<br>Honorable. Xavier Rodriguez</td></tr>
</table>

STEVE A. GARCIA, Individually and as officer, director, shareholder and/or principal of UPRISING LLC d/b/a SHADOWS, and UPRISING LLC d/b/a SHADOWS,

Defendants,

------------------------------------------------------------------

PLEASE TAKE NOTICE, pursuant to Federal Rules 12 and 55, Plaintiff intends to move this court

for Default Judgment on or about December 10, 2007 unless Defendant UPRISING LLC d/b/a

SHADOWS answer Plaintiff's complaint before such time. Defendant was served with a Complaint

on September 29, 2007. As such, Plaintiff intends to move for Default on December 10, 2007 unless

Defendants file an answer before such date.


Dated: December 3, 2007          LONSTEIN LAW OFFICE, P.C.
       Ellenville, New York          By: /s/ Julie Cohen Lonstein
                                                Julie Cohen Lonstein
                                              Bar Roll No. JL8512
                                              Attorney for Plaintiff
                                              1 Terrace Hill; PO Box 351
                                              Ellenville, NY 12428
                                              Telephone: 845-647-8500
                                              Facsimile: 845-647-6277

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the forgoing document was served via regular mail, on today's date upon:

Matthew L. Finch, Esq.
123 South Flores
San Antonio, TX 78204

/s/ Julie Cohen Lonstein
Julie Coehen Lonstein, Esq.